1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                      NORTHERN DIVISION

                 Case 07-80034-CR-HURLEY

                                            FILED by ___ D.C.
                                            APPEAL
                                               SEP 11 2007
THE UNITED STATES OF AMERICA,
                                            CLARENCE MADDOX
         Plaintiff,                         CLER  U.S. DIST. CT.
                                            S.D. OF FLA.- MIAMI
                                    WEST PALM BEACH, FLORIDA
    vs.
                                         JULY 13, 2007
JOHN TOMMIE,
                                           (Pages 1 - 25)
         Defendant.
_____


                   TRANSCRIPT OF SENTENCING
         BEFORE THE HONORABLE DANIEL T.K. HURLEY,
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:    BRUCE REINHART, A.U.S.A.
                       500 Australian Ave., Ste. 400
                       West Palm Beach, FL  33401
                              561.820.8711, Ext. 3036



FOR THE DEFENDANT:     DAVID LEE BRANNON, A.F.P.D.
                       Federal Public Defender's Office



REPORTED BY:           PAULINE STIPES, RPR-RMR
                       Official United States Court Reporter
                       701 Clematis Street
                       West Palm Beach, FL  33401
                                         561.803.3458
```

PAULINE A. STIPES, OFFICIAL COURT REPORTER