UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80034-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN TOMMIE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon receipt of a Report and Recommendation [DE #105] from the Honorable William Matthewman, United States Magistrate Judge, recommending that Defendant's motion to vacate his plea [DE #77] be denied.

The time for filing objections to the Report and Recommendation has now expired and no objections have been filed by either party

Because no objections have been filed, the court "need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. *See Macort v. Prem, Inc.*, 208 Fed. App'x 781, 784 (11th Cir. 2006), and cases cited *infra*. Having undertaken this review, the Court finds that the Magistrate Judge's findings and recommendations to be sound and well reasoned.

It is therefore **ORDERED** and **ADJUDGED**:

    1.    The Report and Recommendation [DE105] **APPROVED AND ADOPTED** in full.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24th day of October, 2016.

                                      Daniel T. K. Hurley
                                  United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel for both parties
Mr. John Tommie